### JOHNSON v. COMMONWEALTH.

Court of Appeals of Kentucky.

June 19, 1953.

James C. Brock, Harlan, for appellant. J. D. Buckman, Jr., Atty. Gen., and Wm. F. Simpson, Asst. Atty. Gen., for appellee.

## PER CURIAM.

Motion for appeal from a judgment of the Harlan Circuit Court convicting movant of possessing intoxicating beverages for sale in local option territory, fixing punishment at a fine of $100, and imprisonment for 60 days. The facts, questions raised, authorities cited and applicable laws have been carefully considered. Finding no prejudicial error, the judgment is affirmed.